IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION<br>NO. 74 ANNUITY FUND, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| AMERICAN MECHANICAL INCORPORATED<br>a/k/a American Mechanical, Inc. | : | |
| | : | |
| Defendant | : | NO. 05-CV-00050(SLR) |

**REQUEST TO CLERK TO ENTER DEFAULT**
**PURSUANT TO FED. R. CIV. P. 55(a)**

You will please enter a default on Defendant, American Mechanical Incorporated a/k/a American Mechanical, Inc., for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached affidavit of Timothy J. Snyder.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR

Date: April 13, 2005      By: _____
Timothy J. Snyder
Attorney I.D.#2408
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19801

OF COUNSEL:
Sanford G. Rosenthal
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Fl.
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0611

Attorney for Plaintiffs