IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 ANNUITY FUND, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| AMERICAN MECHANICAL INCORPORATED a/k/a American Mechanical, Inc. | : | |
| | : | |
| Defendant | : | NO. 05-CV-00050(SLR) |

**AFFIDAVIT OF TIMOTHY J. SNYDER
FOR ENTRY OF DEFAULT**

Timothy J. Snyder, having been first duly sworn according to law, hereby deposes and states as follows:

I am an attorney for the Plaintiffs in the above-entitled action.

The Complaint and Summons in this action was served on the Defendant, American Mechanical Incorporated a/k/a American Mechanical, Inc., by serving Raymond M. Radulski, Registered Agent, on February 15, 2005 as appears from the Return of Service of Complaint, which was duly docketed with the Court on February 22, 2005. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

The Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended.

WP3:1102662 1                                                                           61011 1007

The Defendant is neither an infant nor an incompetent person and is not in the military service.

_____
TIMOTHY J. SNYDER

Sworn to and subscribed before me this 13th day of April, 2005

_____
NOTARY PUBLIC

CATHERINE H. AMBROSE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 29, 2008

WP3:1102662.1                                                                                                          61011.1007

## CERTIFICATE OF SERVICE

I, Timothy J. Snyder state under penalty of perjury that I caused a copy of the foregoing Request To Clerk To Enter Default Pursuant To Fed. R. Civ. P. 55(a) to be served via first class mail, postage prepaid on the date and to the address below:

>Thomas Porter, President
>American Mechanical, Incorporated
>a/k/a American Mechanical, Inc.
>57 McMillian Way
>Delaware Industrial Park
>Newark, DE 19713

_____
TIMOTHY J. SNYDER

Date: April 13, 2005