IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 ANNUITY FUND, PLUMBERS & PIPEFITTERS LOCAL NO. 74 HEALTH AND WELFARE TRUST FUND, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION FUND, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 APPRENTICESHIP FUND, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 EDUCATIONAL/PAC FUND, LOCAL UNION NO. 74 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MECHANICAL, INCORPORATED, a/k/a American Mechanical, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 05-050-SLR ) ) ) ) ) ) ) |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant American Mechanical, Incorporated pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint. (See D.I. 5, 6)

Dated: April 18, 2005

_____
(By) Deputy Clerk