IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 ANNUITY FUND, PLUMBERS & PIPEFITTERS LOCAL NO. 74 HEALTH AND WELFARE TRUST FUND, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION FUND, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 APPRENTICESHIP FUND, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 EDUCATIONAL/PAC FUND, LOCAL UNION NO. 74 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, <br><br>       Plaintiffs, <br><br>  v. <br><br>AMERICAN MECHANICAL, INCORPORATED, a/k/a American Mechanical, <br><br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 05-050-SLR ) ) ) ) ) ) |

O R D E R

At Wilmington this 19th day of April, 2005, the Clerk of Court having issued a default in appearance against defendant pursuant to Fed. R. Civ. P. 55(a) on April 18, 2005;

IT IS ORDERED that a default hearing shall be heard on **Monday, August 1, 2005,** at **4:30 p.m.** in courtroom 6B on the 6th

floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                                                                                        */s/ Sue L. Robinson*
                                                                     United States District Judge